| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-28865 / MBK**

James M Massa

Petition Filed Date: 10/03/2019
341 Hearing Date: 10/31/2019
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/16/2019 | $400.00 | 957198666 | | | | | | |

**Total Receipts for the Period: $400.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | James M Massa | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT C NISENSON ESQ | Attorney Fees | $4,300.00 | $0.00 | $4,300.00 |
| | | No Disbursements: No Check | | | |
| 1 | U.S. DEPT OF HOUSING & URBAN DEVELOPMENT | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| | »»  P/178 SOUTHWOOD DR/2ND MTG | | | | |
| 2 | MIDFIRST BANK | Mortgage Arrears | $61,002.41 | $0.00 | $0.00 |
| | »»  P/178 SOUTHWOOD DRIVE/1ST MTG | | | | |
| 3 | OLD BRIDGE MUA | Secured Creditors | $7,590.59 | $0.00 | $0.00 |
| | »»  WATER & SEWAGE | | | | |

**Chapter 13 Case No. 19-28865 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $600.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $200.00 |
| Paid to Trustee: | $43.20 | Arrearages: | $200.00 |
| Funds on Hand: | $556.80 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at <u>www.ndc.org</u>.**