| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| Joel R. Glucksman, Esq. (JG 6443)<br>SCARINCI & HOLLENBECK, LLC<br>1100 Valley Brook Ave., P.O. Box 790<br>Lyndhurst, NJ 07071-0790<br>Counsel for Old Bridge Municipal Utilities Authority |

| In Re: | Case No.: 19-28865 |
|---|---|
| | Chapter: 13 |
| JAMES M. MASSA, | Hearing Date: March 3, 2020 |
| Debtors | Judge: Kaplan |

## CERTIFICATION OF CONSENT
## REGARDING CONSENT ORDER

I certify that with respect to the Consent Order Resolving Objection by the Old Bridge MUA submitted to the Court, the following conditions have been met:

(a) The terms of the consent order are identical to those set forth in the original consent order;

(b) The signatures represented by the /s/ _____ on the consent order reference the signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d) I will make the original consent order available for inspection on request of the Court or any party in interest; and

Final paragraph options:

☐ (e) *If submitting the consent order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☒ (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System,* I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/_____).

Date: February 21, 2020                                        /s/ Joel R. Glucksman
                                                               Signature of Attorney

*rev.8/1/15*

4830-6334-2517, v. 1