| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Joel R. Glucksman, Esq. (JG 6443)<br>**SCARINCI & HOLLENBECK, LLC**<br>1100 Valley Brook Ave., P.O. Box 790<br>Lyndhurst, New Jersey  07071-0790<br>Tel: 201-896-4100; Fax: 201-896-8660<br>Counsel for the Old Bridge Municipal Utilities Authority | **Order Filed on March 5, 2020**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| **In re:**<br><br>JAMES M. MASSA,<br><br>     **Debtor.** | CASE NO. 19-28865-MBK<br>(Honorable Michael B. Kaplan)<br><br>CHAPTER 13<br><br>**Hearing Date:** March 3, 2020<br>**Oral Argument:**  Not Requested |

**CONSENT ORDER RESOLVING OBJECTION BY THE OLD BRIDGE MUNICIPAL UTILITIES AUTHORITY TO CONFIRMATION OF THE DEBTOR'S PROPOSED CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: March 5, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page -2-
**Debtor:** JAMES M. MASSA
**Case No.** 19-28865-MBK
**Caption of Order:** Consent Order Resolving Objection by The Old Bridge Municipal Utilities Authority to Confirmation of the Debtor's Proposed Chapter 13 Plan

---

**THIS MATTER** having come before the Court on the application of the debtor JAMES M. MASSA (the "**Debtor**"), seeking approval of his Chapter 13 plan (the "**Plan**"); and

The Old Bridge Municipal Utilities Authority (the "**OBMUA**") having filed a proof of secured claim in this case, asserting a claim in the amount of $7,590.59 (the "**Claim**"), secured by a statutory, priming lien on the Debtor's real property at 178 Southwood Drive., Old Bridge, NJ  08857 (the "**Property**"); and

The OBMUA having also filed an objection to confirmation of the Plan, on the ground that the OBMUA possesses the Claim as a secured claim, but that the Plan does not mention the Claim as a secured claim; and

The OBMUA and the Debtor having amicably agreed to a resolution of the matters in controversy between them, pursuant to which the Plan will be deemed amended so as to accord the OBMUA its secured creditor rights, in the amount of the Claim (the "**Settlement**"); and

The Court having read and considered the papers presented, having noted the consent of counsel for the OBMUA and counsel for the Debtor to the relief set forth herein, as appears by their signatures hereto, and good cause being shown,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Settlement as described herein is hereby approved.

2. The Plan is hereby deemed amended to provide for payment under the Plan of the Claim as a priming secured claim in the amount of $7,590.59.

3. The Standing Ch. 13 Trustee is hereby directed to add the Claim to his distribution list in this case.

4812-9249-4261, v. 1

Page -3-
**Debtor:**         JAMES M. MASSA
**Case No.**        19-28865-MBK
**Caption of Order:**   Consent Order Resolving Objection by The Old Bridge Municipal Utilities Authority to Confirmation of the Debtor's Proposed Chapter 13 Plan

---

**CONSENTED TO AS TO FORM,
SUBSTANCE, AND ENTRY:**

| | |
|---|---|
| SCARINCI & HOLLENBECK, LLC | ROBERT C. NISENSON, ESQ. |
| 1100 Valley Brook Av., P.O. Box 790 | 10 Auer Court, Suite E |
| Lyndhurst, New Jersey 07071-0790 | East Brunswick, New Jersey 08816 |
| Telephone: (201) 896-4100 | Telephone: (732) 238-8777 |
| Counsel for The Old Bridge Municipal Utilities Authority | Counsel for the debtor James M. Massa |

By: _/s/ Joel R. Glucksman_           By: _/s/ Robert C. Nisenson_
    JOEL R. GLUCKSMAN                  ROBERT C. NISENSON

Dated: February 21, 2020              Dated: February 21, 2020

4812-9249-4261, v. 1

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-28865-MBK
James M Massa                                                             Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin            Page 1 of 1          Date Rcvd: Mar 06, 2020
                       Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2020.
db              +James M Massa,   178 Southwood DR,   Old Bridge, NJ 08857-1659

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2020 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Joel R. Glucksman    on behalf of Creditor    Old Bridge Municipal Utilities Authority jglucksman@sh-law.com,   rjoyce@sh-law.com
      Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
      Robert C. Nisenson    on behalf of Debtor James M Massa r.nisenson@rcn-law.com, doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                 TOTAL: 6