Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−28865−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James M Massa
   178 Southwood DR
   Old Bridge, NJ 08857

Social Security No.:
   xxx−xx−0990

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/4/21 at 09:00 AM

to consider and act upon the following:

*79* − Application for Extension of Loss Mitigation Period. Filed by Robert C. Nisenson on behalf of James M Massa. Objection deadline is 12/15/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Nisenson, Robert)

Dated: 12/15/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court