UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Joel R. Glucksman, Esq. (JG 6443)
**SCARINCI & HOLLENBECK, LLC**
1100 Valley Brook Ave., P.O. Box 790
Lyndhurst, New Jersey 07071-0790
Tel: 201-896-4100; Fax: 201-896-8660
Counsel for the Old Bridge Municipal Utilities Authority

Order Filed on January 15, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

JAMES MASSA,

           Debtor.

CASE NO. 19-28865-MBK
(Honorable Michael B. Kaplan)

CHAPTER 13

Hearing Date:
Oral Argument: Not Requested

## CONSENT ORDER RESOLVING OBJECTION BY THE OLD BRIDGE MUNICIPAL UTILITIES AUTHORITY TO CONFIRMATION OF THE DEBTOR'S PROPOSED AMENDED CHAPTER 13 PLAN

The relief set forth on the following pages numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: January 15, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Debtor:** James Massa
**Case No.** 15-33892-KCF
**Caption of Order:** Consent Order Resolving Objection by The Old Bridge Municipal Utilities Authority to Confirmation of the Debtors' Proposed Amended Ch. 13 Plan

---

**THIS MATTER** having come before the Court on the application of the debtor James Massa (the "**Debtor**"), seeking approval of his proposed amended Chapter 13 plan [ECF #78] (the "**Plan**"); and

The Old Bridge Municipal Utilities Authority (the "**OBMUA**") having filed an amended proof of claim in this case, asserting a claim in the amount of $8,542.14 [POC #3] (the "**Claim**"), secured by a statutory, priming lien on the Debtor's real property at 178 Southwood Dr., Old Bridge, NJ 08857 (the "**Property**"); and

The OBMUA having also filed an objection to confirmation of the Plan [ECF #80], on the grounds that: (i) the OBMUA possesses the Claim as a secured claim, but the Plan treats the OBMUA as a priority creditor; (ii) the Plan lists the OBMUA for the wrong amount; and (iii) the Plan misnames the OBMUA; and

The OBMUA and the Debtor having amicably agreed to a resolution of the matters in controversy between them, pursuant to which the Plan will be deemed amended so as to accord the OBMUA its priming secured creditor rights, in the proper amount, together with statutory interest at the rate of 18% per annum (the "**Settlement**"); and

The Court having read and considered the papers presented, having noted the consent of counsel for the OBMUA and counsel for the Debtor to the relief set forth herein, as appears by their signatures hereto, and good cause being shown,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Settlement as described herein is hereby approved.

Page -3-
**Debtor:** James Massa
**Case No.** 15-33892-KCF
**Caption of Order:** Consent Order Resolving Objection by The Old Bridge Municipal Utilities Authority to Confirmation of the Debtors' Proposed Amended Ch. 13 Plan

---

2. The Plan is hereby deemed amended to provide for payment under the Plan to the Old Bridge Municipal Utilities Authority (the "**OBMUA**"), in the amount of the Claim, as a priming secured claim in the amount of $8,542.14, together with statutory interest at the rate of 18% per annum.

3. The Standing Ch. 13 Trustee is hereby directed to add the Claim to his distribution list in this case.

**CONSENTED TO AS TO FORM,**
**SUBSTANCE, AND ENTRY:**

SCARINCI & HOLLENBECK, LLC
1100 Valley Brook Av., P.O. Box 790
Lyndhurst, New Jersey 07071-0790
Telephone: (201) 896-4100
Counsel for The Old Bridge Municipal
Utilities Authority

By: /s/ **Joel R. Glucksman**
     JOEL R. GLUCKSMAN

Dated: January 4, 2021

ROBERT C. NISENSON, LLC
10 Auer Court, Suite E
East Brunswick, NJ 08816
(732) 238-8777
Counsel for the debtor James Massa

By: /s/ **Robert C. Nisenson**
     ROBERT C. NISENSON

Dated: January 4, 2021

United States Bankruptcy Court
District of New Jersey

In re:  
James M Massa  
    Debtor

Case No. 19-28865-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Jan 15, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2021:**

**Recip ID**      **Recipient Name and Address**  
db      + James M Massa, 178 Southwood DR, Old Bridge, NJ 08857-1659

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2021 at the address(es) listed below:

**Name**      **Email Address**

Albert Russo  
     on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo  
     docs@russotrustee.com

Denise E. Carlon  
     on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Joel R. Glucksman  
     on behalf of Creditor Old Bridge Municipal Utilities Authority jglucksman@sh-law.com rjoyce@sh-law.com

Rebecca Ann Solarz  
     on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com

Robert C. Nisenson  
     on behalf of Debtor James M Massa r.nisenson@rcn-law.com

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 15, 2021 | Form ID: pdf903 | Total Noticed: 1 |

doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7